**Order entered January 24, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01272-CV

### IN THE INTEREST OF K.C.E. AND L.T.E., CHILDREN

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-55626-2018**

## ORDER

Appellant has filed a Suggestion of Bankruptcy stating that he has filed for bankruptcy in the United States Bankruptcy Court for the Eastern District of Texas. This automatically suspends further action in this appeal. *See* TEX. R. APP. P. 8.2.

Accordingly, we **ABATE** this appeal. It may be reinstated on prompt motion by any party complying with Rule 8.3 and specifying what further action, if any, is required from this Court. *See id.* 8.3.

/s/     KEN MOLBERG
        JUSTICE